AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF N.Y. | 3/5/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ - ACTIVE | ___ Nomination, Date _____ <br> ___ Initial ✓ Annual ___ Final | 1/1/03 — 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 1320 <br> US Courthouse <br> 500 Pearl Street <br> NYC NY 10007 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2 CO - TRUSTEE | TRUSTS 5 AND 7 |
| 3 MEMBER | NY REGIONAL PANEL TO SELECT FOR 2003-04 WHITE HOUSE FELLOWS |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | SELF-EMPLOYED - LAWYER | |
| 2 | | |

RECEIVED 2004 MAR 15 PM 11:0 FINANCIAL DISCLOSURE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA. LORETTA A. | 3/5/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Jo Morgan Chase Bank - NY | A | INT | J | T | | | | | |
| 2 Trust #1 | D | Div Int | M | T | | | | | |
| 3 - Fidelity Market Index Fund | | | | | | | | | |
| 4 - Fidelity MMF | | | | | | | | | |
| 5 - Promissory Notes | | | | | | | | | |
| 6 - S+P Midcap Deposit Receipt | | | | | B | 5/20 | J | | |
| 7 | | | | - | B | 9/11 | J | | |
| 8 Trust #2 | D | Div Int | M | T | | | | | |
| 9 - Fidelity Market Index Fund | | | | | | | | | |
| 10 - Fidelity MMF | | | | | | | | | |
| 11 - Promissory Notes | | | | | | | | | |
| 12 - S+P Midcap Deposit Receipts | | | | | B | 5/20 | J | | |
| 13 | | | | | B | 9/11 | J | | |
| 14 Trust #3 | C | Div | M | T | | | | | |
| 15 - Fidelity Market Index Fund | | | | | | | | | |
| 16 - S+P Midcap Deposit Receipts | | | | | B | 4/2 | J | | |
| 17 - Fidelity MMF | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRISKA, LORETTA A. | 3/5/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 18 TRUST #4 | C | DIV | N | T | | | | | |
| 19 - FIDELITY MARKET INDEX FUND | | | | | | | | | |
| 20 - STT AIRCO PLAN??? ACCTS | | | | B | 11/20 | J | | | |
| 21 - FIDELITY MMF | | | | | | | | | |
| 22 TRUST #5 | B | DIV | N | T | | | | | |
| 23 - NWML INS POLICY | | | | | | | | | |
| 24 - NL LIFE INS POLICY | | | | | | | | | |
| 25 TRUST #6 | B | DIV | K | T | | | | | |
| 26 NWML INS POLICY | | | | | | | | | |
| 27 TRUST #7 | A | DIV | J | T | | | | | |
| 28 - ?????? INS POLICY | | | | | | | | | |
| 29 - NWML ANNUITY | | | | | | | | | |
| 30 TRUST #8 | B | DIV | N | T | | | | | |
| 31 - NWML INS POLICY | | | | | | | | | |
| 32 TRUST #9 | | NONE | P1 | T | | | | | |
| 33 - EQUITABLE INS POLICY | | | | | | | | | |
| 34 IRA #1 | E | DIV | P1 | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A | 3/5/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 35 - Fidelity Market Index Fund | | | | | S | 3/4 | M | | |
| 36 - Oakmark Disciplined Realty | | | | | S | 3/4 | N | | |
| 37 - Fidelity MMF | | | | | | | | | |
| 38 - Calvert Select Equities | | | | | | | | | |
| 39 - Tweedy Browne Global Value Fund | | | | | B | 3/4 | M | | |
| 40 | | | | | B | 3/7 | J | | |
| 41 - Dodge & Cox Intnl Stk Fund | | | | = | B | 3/4 | M | | |
| 42 | | | | | B | 3/7 | J | | |
| 43 - Baron Growth Fund | | | | | B | 3/4 | M | | |
| 44 | | | | | B | 3/7 | J | | |
| 45 - Royce Total Return Fund | | | | | B | 3/4 | M | | |
| 46 | | | | | B | 3/7 | J | | |
| 47 IRA #2 | B | Div | M | T | | | | | |
| 48 - Fidelity Mrkt Index Fund | | | | | | | | | |
| 49 - Fidelity MMF | | | | | | | | | |
| 50 - Baron Growth Fund | | | | | | | | | |
| 51 IRA #3 | B | Div | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A | 3/5/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 52 - Rutcr Total Return Fund | | | | | | | | | |
| 53 Ira #4 | C | Div | O | T | | | | | |
| 54 - Fidelity Ant Index Fund | | | | | S | 3/4 | L | | |
| 55 - Dreyfus Disciplined Rent | | | | | S | 11/11 | N | | |
| 56 - Fidelity MM | | | | | | | | | |
| 57 - Dodge + Cox Stk Fund | | | | | B | 3/4 | K | | |
| 57 | | | | — | B | 3/7 | J | | |
| 59 - Turret Bramar Floral Value Fund | | | | | B | 3/4 | K | | |
| 60 | | | | | D | 3/7 | J | | |
| 60 - American Growth Fund | | | | | B | 11/11 | N | | |
| 62 | | | | | B | 11/15 | K | | |
| 63 Law Firm Retirement Fund | | None | O | T | | | | | |
| 64 Law Firm Capital A/c pro int. in o/s Rec | | None | P1 | W | | | | | |
| 65 Forrest City Int Partner | A | K-1 | J | W | | | | | |
| 66 Citifunds MM | C | Div | M | T | | | | | |
| 67 NYS Muni Bonds | E | Int | P1 | T | | | | | |
| 68 NYC Muni Bonds | E | Int | O | T | B&B | 2/25 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE   (No reportable income, | | | | | | | | | |
| 69 | | | | | Call | 10/1 | L | A | |
| 70 Solomin Smith Barny MMF | C | Div | K | T | | | | | |
| 71 Citibank NYc | A | IM | K | T | | | | | |
| 72 US savings Bonds | | Nonr | K | T | | | | | |
| 73 NYS college savings Program | | Nonr | K | T | | | | | |
| 74 Putnam family fund | A | Div | J | T | | | | | |
| 75 IRA #5 | A | Div | J | 7 | | | | | |
| 76 - Vanguard Mid Cap Index fund | | | | | | | | | |
| 77 IRA #6 | | | | | | | | | |
| 78 - Vanguard mid Cap Index Fund | | | | | | | | | |
| 79 PR muni Bonds | A | INT | K | T | | | | | |
| 80 M&T Bank - Corp Spring | B | IM | L | T | | | | | |
| 81 LA mum Bonds | A | INT | K | T | | | | | |
| 82 TX muni Bonds | A | IM | K | T | | | | | |
| 83 SC muni Bonds | A | INT | K | T | | | | | |
| 84 Wash muni Bonds | A | INT | K | 7 | | | | | |
| 85 Minn muni Bonds | A | INT | K | 7 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRASKA, Lorana A | 3/5/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| FL PA muni Bonds | A | int | K | T | | | | | |
| 2 IL muni Bonds | A | int | k | T | B | 10/16 | K | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRESKA, Loretta A | 3/5/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I 4. Counselor American Inns of Court - NY County Lawyers Chapter

5 Advisory Board Federalist Society NY Chapter

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date 3/5/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544